1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8





9             IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:19-CR-00248 LJO SKO

13                 Plaintiff,             MOTION AND PROPOSED ORDER TO
                                          SEAL INDICTMENT
14        v.

15  ERIC LOPEZ MERCADO, ET AL.

16

17                 Defendants.

18

19
        The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of
20
   Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury
21
   on November 14, 2019, charging the above defendants with violations of 18 U.S.C. § 922(o)
22
   – Illegal Possession of a Machine Gun (two counts); Illegal Possession and Transfer of a
23
   Machine Gun (one count); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal
24
   Forfeiture be kept secret until the defendants named in this Indictment are either in
25
   custody or have been given bail on these offenses; and further order that until such time
26
   as the defendants are in custody or have been given bail, that no person shall disclose the
27
   finding of the Indictment or any warrants issued pursuant thereto, except when necessary
28

Motion to Seal Indictment                   1

1 | for the issuance and execution of the warrants.

2 | DATED: November 14, 2019        Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    By    /s/ KIMBERLY A. SANCHEZ
          KIMBERLY A. SANCHEZ
          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 14, 2019

_____
STANLEY A. BOONE
U.S. Magistrate Judge