IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC LOPEZ MERCADO AND JOSE MORENO, <br><br> Defendants. | CASE NO. 1:19 CR 00248 LJO <br><br> ORDER UNSEALING INDICTMENT |

The United States having applied to this Court for the indictment in this case to remain under seal until the defendants named in the indictment were in custody, and the defendants now having been arrested and the need for sealing has ceased;

IT IS ORDERED that the indictment filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __**November 20, 2019**__      _____
UNITED STATES MAGISTRATE JUDGE

1