Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant ERIC LOPEZ MERCADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ERIC LOPEZ MERCADO,<br><br>　　　　　　　　　　Defendant. | Case No. 1:19-CR-00248-ADA<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: April 24, 2023<br>Time: 8:30 a.m.<br>Court: Hon. Ana de Alba |

　　　　Defendant, ERIC LOPEZ MERCADO, by and through his attorney of record, Serita Rios, and the United States of America, by and through its attorney of record, Justin Gilio, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for sentencing on April 24, 2023.

　　　　2.　　Defendant completed his presentence interview with USPO Jesse Mora on February 10, 2023.

　　　　3.　　On February 27, 2023, USPO Mora informed defense counsel that the draft presentence report was still in progress and that due to other scheduling commitments he needed additional time to complete the report.

4. The parties have agreed to continue the sentencing hearing to June 12, 2023. Defense counsel agrees to exclude time between April 24, 2023, and June 12, 2023.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for April 24, 2023, at 8:30 a.m. be continued to June 12, 2023, at 8:30 a.m.

IT IS FURTHER STIPULATED that time be excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(i)(ii).

Dated: March 1, 2023

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: March 1, 2023

*/s/ Justin J. Gilio*
_____
**Justin J. Gilio**
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   March 2, 2023

_____
UNITED STATES DISTRICT JUDGE