Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ERIC FRANCISCO MERCADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00248-ADA |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT; ORDER** |
| vs. | |
| ERIC FRANCISCO MERCADO, | |
| Defendant. | |

     On November 14, 2019, Defendant Eric Mercado was indicted on federal charges. On February 7, 2022, CJA Panel Attorney Serita Rios was appointed as trial counsel to represent Mr. Mercado. Mr. Mercado was sentenced pursuant to a plea agreement on June 12, 2023. The time for filing a direct appeal was June 26, 2023. No direct appeal was filed. Mr. Mercado self-surrendered to the Bureau of Prisons as directed on September 6, 2023. The trial phase of Mr. Mercado's criminal case has, therefore, come to an end. Having completed her representation of Mr. Mercado, CJA attorney Serita Rios now moves to terminate her appointment under the Criminal Justice Act.

     Should Mr. Mercado require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561

MOTION TO TERMINATE CJA APPOINTMENT; PROPOSED ORDER

~ 1 ~

(collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 11, 2023,    Respectfully Submitted,

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

## ORDER

Having reviewed the notice and found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants attorney Serita Rios' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Eric Mercado at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Eric Francisco Mercado
Register Number 78631-097
Mendota FCI
P.O. Box 9
Mendota, California 93640

IT IS SO ORDERED.

Dated:   September 12, 2023                    _____
                                                UNITED STATES DISTRICT JUDGE